*In re* LUIS TORRES GONZÁLEZ.

*Número:* 4844          *Resuelto:* 6 de junio de 1997

---

*Carmen R. Cintrón Ferrer, Directora Ejecutiva del Colegio de Abogados de Puerto Rico; Luis Torres González, pro se.*

## RESOLUCIÓN

El 25 de abril de 1997 suspendimos indefinidamente del ejercicio de la abogacía al Lcdo. Luis Torres González por su renuencia injustificada a satisfacer el pago de la cuota de colegiación durante 1995, 1996 y 1997. Después de su suspensión, Torres González compareció ante nos e informó que había pagado las cuotas atrasadas y los gastos en que incurrió el Colegio de Abogados de Puerto Rico en la tramitación del procedimiento de cobro. Además, nos expuso las razones por las cuales se había atrasado en sus obligaciones colegiales y se excusó por su falta de diligencia.

El 19 de mayo de 1997 Torres González compareció para informar que había pagado la cantidad adeudada. Admitió que no había pagado la cuota adeudada debido a que estuvo "padeciendo de una agobiante enfermedad la cual lo incapacitó para trabajar desde el 1989 hasta febrero del presente año". Por último, nos expone que "está apto para asumir sus responsabilidades como abogado postulante".

Posteriormente, el Colegio de Abogados de Puerto Rico confirmó que Torres González había pagado tanto las cuotas atrasadas como la cantidad en concepto de reembolso por los gastos en que incurrió la institución en el procedimiento de cobro.

En estas circunstancias, se autoriza la reinstalación de Luis Torres González al ejercicio de la abogacía. Se le apercibe de que en el futuro deberá cumplir estrictamente con sus obligaciones colegiadas y que su incumplimiento con este deber conllevará su suspensión de la abogacía y la imposición de sanciones económicas.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*